IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AUNDRIA RENE HICKS O'BANNON**                                      **PLAINTIFF**

v.                         **CASE NO. 4:25-CV-00568-BSM**

**FIRST COMMUNITY BANK**                                             **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE